THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DIANA MENOHER,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HOLLAND AMERICA LINE INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, HAL NEDERLAND N.V., a Curacao Corporation<br><br>　　　　　　　　Defendants. | No. 2:20-cv-00138-TL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

**COME NOW** Plaintiff DIANA MENOHER and Defendants Holland America Line Inc., Holland America Line N.V. and HAL Nederland N.V., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

{29392-00749810;1}
STIPULATION AND ORDER OF DISMISSAL
No. 2:20-cv-00138-TL - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 13th day of December, 2021.

/s/Louis Shields
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:     206-623-4990
Facsimile:      206-467-4828
Email:           lshields@legros.com
Attorney for Defendants


/s/Wayne Mitchell (via email authorization)
WAYNE MITCHELL, WSBA # 24347
ANDERSON & MITCHELL, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
Telephone:     206-436-8490
Email:           wayne@andersonmitchell.com
Attorneys for Plaintiff

{29392-00749810;1}
STIPULATION AND ORDER OF DISMISSAL
No. 2:20-cv-00138-TL - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

<u>ORDER</u>

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

Dated this 17th day of December, 2021.

_____
Tana Lin
United States District Judge

Presented By:

LEGROS BUCHANAN & PAUL

By <u>Louis A. Shields</u>
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
Attorneys for Defendants

{29392-00749810;1}
STIPULATION AND ORDER OF DISMISSAL
No. 2:20-cv-00138-TL - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990